| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION |
| Case number *(if known)* _____  Chapter  11 |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Chicago Smiles LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  20-3929136

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 227 W Monroe Street, Suite 205 | |
| Chicago, IL 60606 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Cook County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  https://www.chicago-smiles.com/

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  Chicago Smiles LLC _____  Case number (*if known*)_____
   Name

**7. Describe debtor's business**

A. *Check one:*

- ☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:
    - ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☒ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor   Chicago Smiles LLC _____   Case number (*if known*) _____
        Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>   Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>       Contact name _____<br>       Phone _____ |

**Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☒ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☒ 1-49    ☐ 1,000-5,000    ☐ 25,001-50,000<br>☐ 50-99    ☐ 5001-10,000    ☐ 50,001-100,000<br>☐ 100-199    ☐ 10,001-25,000    ☐ More than 100,000<br>☐ 200-999 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000    ☐ $1,000,001 - $10 million    ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000    ☐ $10,000,001 - $50 million    ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion<br>☒ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000    ☒ $1,000,001 - $10 million    ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000    ☐ $10,000,001 - $50 million    ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion |

Debtor  Chicago Smiles LLC                                          Case number (*if known*)
        Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   May 21, 2025
              MM / DD / YYYY

**X** /s/   Mark Santucci                                    Mark Santucci
Signature of authorized representative of debtor              Printed name

Title   Manager

**18. Signature of attorney**

**X** /s/ William Factor                                     Date   May 21, 2025
Signature of attorney for debtor                                    MM / DD / YYYY

William Factor 6205675
Printed name

The Law Office of William J. Factor, Ltd
Firm name

105 W. Madison St., Suite 2300
Chicago, IL 60602
Number, Street, City, State & ZIP Code

Contact phone _____     Email address   wfactor@wfactorlaw.com

6205675 IL
Bar number and State

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known): _____   Chapter  11

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/19/2025
           MM / DD / YYYY

X _____         Mark Santucci
Signature of authorized representative of debtor    Printed name

Title  Manager

**18. Signature of attorney**

X _____    Date  5/20/2025
Signature of attorney for debtor                 MM / DD / YYYY

William Factor 6205675
Printed name

The Law Office of William J. Factor, Ltd
Firm name

105 W. Madison St., Suite 2300
Chicago, IL 60602
Number, Street, City, State & ZIP Code

Contact phone _____    Email address  wfactor@wfactorlaw.com

6205675 IL
Bar number and State

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 1

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Chicago Smiles LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Align Technology<br>2820 Orchard Parkway<br>San Jose, CA 95134 | | | | | | $10,025.28 |
| American Express<br>PO Box 981535<br>El Paso, TX 79998 | | | | | | $39,712.30 |
| American Express<br>PO Box 981535<br>El Paso, TX 79998 | | | | | | $3,291.78 |
| Bank of America Business Card<br>PO Box 15710<br>Wilmington, DE 19850-5710 | assist@customerassist.bankofamerica.com | Revolving credit | | | | $18,851.70 |
| BHG<br>318 S. Clinton St.<br>Suite 400 & 500<br>Syracuse, NY 13202 | Tayor Bowman<br><br>taylor.bowman@ccmr3.com<br>(305) 394-4473 | Credit Card | | $224,247.99 | $0.00 | $224,247.99 |
| BHG<br>318 S. Clinton St.<br>Suite 400 & 500<br>Syracuse, NY 13202 | jennifer.wroe@ccmr3.com | | | $66,186.93 | $0.00 | $66,186.93 |
| BHG - BHG Business Credit Card<br>CCMR3<br>318 S. Clinton St.<br>Suite 400 & 500<br>Syracuse, NY 13202 | | | | | | $21,530.74 |
| CAN Capital, Inc.<br>1850 Parkway Place<br>Suite 1150<br>Marietta, GA 30067 | | Insurance payments  Dental Office Equipment | | $188,657.68 | Unknown | $188,657.68 |

Debtor  Chicago Smiles LLC                                   Case number (if known)
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Chase Ink - Chase Business Credit Card<br>PO Box 15299<br>Wilmington, DE 19850-5299 | | | | | | $87,778.90 |
| FundBox<br>5760 Legacy Dr.<br>Ste. B3-535<br>Plano, TX 75024 | resolutions@fundbox.com | | | $23,270.60 | $0.00 | $23,270.60 |
| OnDeck<br>1400 Broadway, 25th Floor<br>New York, NY 10018 | rmartinez2@ondeck.com | | | $28,356.59 | $0.00 | $28,356.59 |
| Patterson Dental<br>500 North 1st Street<br>Saint Paul, MN 55101 | Deborah Biendara<br>deborah.biendara@pattersoncompanies.com<br>(651) 405-5792 | | | $8,296.07 | $0.00 | $8,296.07 |
| PNC Bank - PNC Business Credit Card<br>PO Box 1030<br>Kalamazoo, MI 49009 | PNCBankCardStatements@pnc.com<br>(800) 544-3623 | Credit Card | | | | $28,213.62 |
| PNC Bank, N.A.<br>650 Trade Centre Way<br>Suite 500<br>Mailstop Z1-BTCW-05-Z<br>Portage, MI 49002-0411 | cory.baldwin@pnc.com | Dental Office Equipment | | $490,233.61 | Unknown | $490,233.61 |
| Prince and Parker & Associates<br>1065 W. Levoy Drive Suite 100<br>Taylorsville, UT 84123 | | | | | | $6,381.09 |
| Rapid Finance<br>4500 East West Highway, 6th floor<br>Bethesda, MD 20814 | lioneldorsey@rapidfinance.com | Loan | | $56,528.73 | Unknown | $56,528.73 |
| Revenued LLC<br>525 Washington Blvd, 22nd Floor<br>Jersey City, NJ 07310 | Theodore Jon Cohen<br>NOTICES@ABFServicing.com<br>(310) 586-2433 | Loan | Disputed | $9,559.02 | Unknown | $9,559.02 |
| SBA<br>PO Box 3918<br>Portland, OR 97208-3918 | CovidEIDLServicing@sba.gov | EIDL Loan | | $2,000,000.00 | $0.00 | $2,000,000.00 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 2

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor  Chicago Smiles LLC                                    Case number *(if known)*
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| The Hartford Insurance Company<br>One Hartford Plaza<br>Hartford, CT 06155 | businesscenter@mail.service.thehartford.com | insurance | | | | $7,503.11 |
| US Bank Cardmemeber Service<br>P(O Box 790408<br>Saint Louis, MO 63179-0408 | | | | | | $8,455.37 |

Align Technology
2820 Orchard Parkway
San Jose, CA 95134

American Express
PO Box 981535
El Paso, TX 79998

American Express
PO Box 981535
El Paso, TX 79998

Bank of America Business Card
PO Box 15710
Wilmington, DE 19850-5710

BHG
318 S. Clinton St.
Suite 400 & 500
Syracuse, NY 13202

BHG
318 S. Clinton St.
Suite 400 & 500
Syracuse, NY 13202

BHG - BHG Business Credit Card
CCMR3
318 S. Clinton St. Suite 400 & 500
Syracuse, NY 13202

CAN Capital, Inc.
1850 Parkway Place
Suite 1150
Marietta, GA 30067

Chase Ink - Chase Business Credit Card
PO Box 15299
Wilmington, DE 19850-5299

FundBox
5760 Legacy Dr.
Ste. B3-535
Plano, TX 75024

Lionel Dorsey
Rapid Finance®
4500 East West Highway, 6th Floor Bethes
Bethesda, MD 20814

NDX Keller
160 Larkin Williams Ind Ct
Fenton, MO 63026

OnDeck
1400 Broadway, 25th Floor
New York, NY 10018

```
Patterson Dental
500 North 1st Street
Saint Paul, MN 55101


Phillips Healthcare/Discuss Dental LLC
Attn: Accounts Receivable
PO Box 847632
Dallas, TX 75284-7632


PNC Bank - PNC Business Credit Card
PO Box 1030
Kalamazoo, MI 49009


PNC Bank, N.A.
650 Trade Centre Way
Suite 500 Mailstop Z1-BTCW-05-Z
Portage, MI 49002-0411


Prince and Parker & Associates
1065 W. Levoy Drive
Suite 100
Taylorsville, UT 84123


Rapid Finance
4500 East West Highway, 6th floor
Bethesda, MD 20814


Revenued LLC
525 Washington Blvd, 22nd Floor
Jersey City, NJ 07310


Revenued LLC
2225 Campus Drive
Suite 100
El Segundo, CA 90245


Revenued LLC
525 Washington Blvd., 22nd Floor
Jersey City, NJ 07310


SBA
PO Box 3918
Portland, OR 97208-3918


The Hartford Insurance Company
One Hartford Plaza
Hartford, CT 06155


Tishman Speyer
45 Rockefeller Plaza
New York, NY 10111


US Bank Cardmemeber Service
P(O Box 790408
Saint Louis, MO 63179-0408
```

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re   Chicago Smiles LLC                                                         Case No.
                            Debtor(s)                                              Chapter     11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Chicago Smiles LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

May 21, 2025                                         /s/ William Factor
**Date**                                             William Factor 6205675
                                                     Signature of Attorney or Litigant
                                                     Counsel for   Chicago Smiles LLC
                                                     The Law Office of William J. Factor, Ltd
                                                     105 W. Madison St., Suite 2300
                                                     Chicago, IL 60602
                                                      Fax:
                                                     wfactor@wfactorlaw.com